LEHIGH VALLEY RAILROAD COMPANY *v.* PENNSYLVANIA. LEHIGH VALLEY RAILROAD COMPANY *v.* PENNSYLVANIA. LEHIGH VALLEY RAILROAD COMPANY *v.* PENNSYLVANIA. Error to the Supreme Court of Pennsylvania. Nos. 276, 428, 429. Argued and decided with No. 275. MR. CHIEF JUSTICE FULLER: These cases involve the same question as that just passed upon in *Lehigh Valley Railroad Co.* v. *Commonwealth, supra,* 192, and for the reasons there given the judgments are severally

*Affirmed.*

*Mr. M. E. Olmstead* for plaintiff in error.

*Mr. James A. Stranahan* for defendant in error.